Izaak D. Schwaiger, SBN 267888
**SCHWAIGER LAW FIRM**
2901 Cleveland Avenue, Suite 201
Santa Rosa, CA 95403
Tel. (707) 595-4414
Facsimile: (707) 581-1983
E-mail: izaak@izaakschwaiger.com

Brian Gearinger, SBN 146125
**GEARINGER LAW GROUP**
115 4th Street, Suite C
Santa Rosa, California 95401
Telephone: (415) 440-3102
brian@gearingerlaw.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

MARK JOSEPH SCHAEFER,

Plaintiff,

v.

COUNTY OF SONOMA, JOSE VEGA, and DOES 1-10, inclusive.

Defendants.

Case No. 4:26-cv-07761-JST

**STIPULATION AND ~~[PROPOSED]~~ ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff MARK JOSEPH SCHAEFER and Defendants COUNTY OF SONOMA, JOSE VEGA, and DOES 1-10, by and through their undersigned counsel, hereby stipulate and agree, that the above-captioned action, and all claims and causes of action asserted therein, shall be and hereby are **DISMISSED WITH PREJUDICE** in their entirety, each side to bear their own fees and costs.

SCHWAIGER LAW FIRM
2901 CLEVELAND AVENUE, SUITE 201
SANTA ROSA, CA 95403

IT IS SO STIPULATED.

Dated: October 11, 2026

SCHWAIGER LAW FIRM

By: /s/ *Izaak D. Schwaiger*
Izaak D. Schwaiger
Attorney for Plaintiff

Dated: October 11, 2026

PORTER SCOTT

By: /s/ *William Camy*
William Camy
Attorney for Defendants

**ELECTRONIC CASE FILING ATTESTATION**

I, Izaak D. Schwaiger, am the ECF user whose identification and password are being used to file the foregoing documents. Pursuant to Civil Local Rule 5.1(i), I hereby attest that concurrence in the filing of these documents has been obtained from each of its Signatories.

Dated: October 11, 2026

By: /s/ *Izaak D. Schwaiger*
Izaak D. Schwaiger

SCHWAIGER LAW FIRM
2901 Cleveland Avenue, Suite 201
Santa Rosa, CA 95403

**~~[PROPOSED]~~ ORDER**

Pursuant to the parties' STIPULATION OF DISMISSAL set forth above, the Court hereby orders that:

1. The above captioned case is dismissed, in its entirety and with prejudice.
2. Each party shall bear their own attorneys' fees and costs.

IT IS SO ORDERED

Dated: October 14, 2026

JON S. TIGAR
United States District Judge